UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NESTOR ALVAREZ, individually and on behalf of K.A., a child with a disability,<br><br>  Plaintiffs,<br><br>v.<br><br>SWANTON LOCAL SCHOOL DISTRICT,<br><br>  Defendant. | CASE NO. 3:18-cv-01768<br><br>**JUDGE CARR**<br><br>**PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

STATEMENT

In order to promote judicial economy and obviate the need from restating the same arguments contained in the amended motion for summary judgment plaintiff relies on the amended motion for summary judgment *with corrected page numbers* (ECF 26), filed on January 6, 2020, in response and opposition to defendant's motion for summary judgement (ECF 23), filed on January 3, 2020.

CONCLUSION

Based upon the foregoing, the Court should deny defendant's motion for summary judgment.

Dated:  Independence, Ohio
         June 1, 2020

                                                            Respectfully submitted,

                                                            /s/ Andrew K. Cuddy
                                                            CUDDY LAW FIRM, PLLC
                                                            *Attorneys for Plaintiffs*
                                                            6100 Oak Tree Blvd., Suite 200
                                                            Independence, Ohio 44131
                                                            (315) 370-4020

2

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Response Memorandum in Opposition to Defendant's motion for summary judgment was filed electronically on June 1, 2020 and has been served via the ECF system.

/s/ Andrew K. Cuddy
Andrew K. Cuddy
Attorney for Plaintiff

2